UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:18-CV-60192

CHRISTOPHER GREGG, DIANE GREGG, and TRAYELPATH CANADA LIMITED, a Canadian Corporation,

   Plaintiffs,

vs.

IRA A. SOLOMON, HELENE SOLOMON, CAROL DUDLEY, JIL SHAPIRO, EMM ENTERPRISES, INC., a Florida Corporation d/b/a/ REALTY WORLD SOUTH FLORIDA, BALISTRERI REALTY, INC., a Florida Corporation, BAY COLONY PROTECTIVE ASSOCIATION, INC., a Florida Corporation and VORDERMEIER MANAGEMENT COMPANY, d/b/a VMC Realty, a Florida Corporation

   Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears as counsel for Defendant, BAY COLONY PROTECTIVE ASSOCIATION, INC. and requests that all future pleadings, correspondence, and documents be served upon the undersigned.

## CERTIFICATE OF SERVICE

 I certify that on August 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            By: */s/ Jeff Bogert*

McGuinness & Cicero

Jeff Bogert, Esq.
Florida Bar No: 0033601
MCGUINNESS & CICERO.
1000 Sawgrass Corporate Parkway
Suite 590
Sunrise, Florida 33323
Telephone: (954) 626-5073
jeffrey.bogert@mc-atty.com
Secondary E-mail:
eservice@mc-atty.com
Tertiary E-mail:
iliana.lichaj@mc-atty.com
Attorneys for Defendant, Bay Colony Protective Association Inc.

## SERVICE LIST

| **Michael Laurence Feinstein**<br>Michael L. Feinstein<br>200 SE 18th Court<br>Fort Lauderdale, FL 33316<br>954-767-9662<br>Fax: 954-764-4502<br>Email: michael@feinsteinlaw.net<br>*Attorneys for Plaintiffs* | **Keith Thomas Grumer**<br>KATZ BARRON<br>100 N.E. Third Avenue<br>Suite 280<br>Fort Lauderdale, FL 33301<br>9545223636<br>Fax: 954-331-2505<br>Email: ktg@katzbarron.com<br>*Attorneys for Defendant, Ira A. Solomon* |
|---|---|
| **Wayne Howard Schwartz**<br>Lee & Amtzis<br>5550 Glades Road<br>Suite 401<br>Boca Raton, FL 33431<br>561-981-9988<br>Fax: 561-981-9980<br>Email: schwartz@leeamlaw.com<br>*Attorneys for Defendant, Helene Solomon* | **Melissa H Powers**<br>Maher Law Firm, P.A.<br>631 West Morse Blvd.<br>Suite 200<br>Winter Park, FL 32789<br>(407) 839-0866<br>Fax: (407) 425-7958<br>Email: melissa@legalhelpforkids.com<br>*Attorneys for Defendants, Carol Dudley, Balistreri Realty, Inc.* |
| **Edwin Everett Mortell , III**<br>Peterson Bernard<br>416 Flamingo Avenue<br>Stuart, FL 34996<br>772-286-9881<br>Fax: 772-220-1784<br>Email: edwinmortell@stuart-law.net<br>*Attorneys for Defendants, Jil Shapiro, EMM* | **Robert Ian Rubin**<br>Becker & Poliakoff, P.A.<br>625 N. Flagler Street<br>7th Floor<br>West Palm Beach, FL 33401<br>561-655-5444<br>Fax: 655-832-8987<br>Email: rrubin@bplegal.com |

| | |
|---|---|
| *Enterprises d/b/a Realty World South Florida* | *Attorneys for Defendant, Bay Colony Association, Inc.* |
| **Ted P. Galatis , Jr.**<br>Ted P. Galatis, Jr., P.A.<br>1501 NE 4th Avenue<br>Fort Lauderdale, FL 33304<br>954-522-6700<br>Fax: 765-1325<br>Email: tgalatis@galatislaw.com<br>*Attorneys for Defendant, Vordermeier Management Company* | |