UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:18-CV-60192

CHRISTOPHER GREGG, DIANE GREGG, and TRAYELPATH CANADA LIMITED, a Canadian Corporation,

    Plaintiffs,

vs.

IRA A. SOLOMON, HELENE SOLOMON, CAROL DUDLEY, JIL SHAPIRO, EMM ENTERPRISES, INC., a Florida Corporation d/b/a/ REALTY WORLD SOUTH FLORIDA, BALISTRERI REALTY, INC., a Florida Corporation, BAY COLONY PROTECTIVE ASSOCIATION, INC., a Florida Corporation and VORDERMEIER MANAGEMENT COMPANY, d/b/a VMC Realty, a Florida Corporation

    Defendants.
_____/

## DEFENDANT, BAY COLONY PROTECTIVE ASSOCIATION, INC.'S DISCLOSURE OF STAFF COUNSEL STATUS

The lawyers and staff of McGuinness & Cicero are employees of Federal Insurance Company, which is a member of the Chubb Group of Insurance Companies.

    By: */s/ Jeff Bogert*
    **Jeff Bogert, Esq.**
    Florida Bar No: 0033601
    MCGUINNESS & CICERO.
    1000 Sawgrass Corporate Parkway
    Suite 590
    Sunrise, Florida 33323
    Telephone: (954) 626-5073
    jeffrey.bogert@mc-atty.com
    Secondary E-mail:
    eservice@mc-atty.com

           Tertiary E-mail:
iliana.lichaj@mc-atty.com
Attorneys for Defendant, Bay Colony
Protective Association Inc.

## CERTIFICATE OF SERVICE

I certify that on August 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Jeff Bogert*
**Jeff Bogert, Esq.**
Florida Bar No: 0033601
MCGUINNESS & CICERO.
1000 Sawgrass Corporate Parkway
Suite 590
Sunrise, Florida 33323
Telephone: (954) 626-5073
jeffrey.bogert@mc-atty.com
Secondary E-mail:
eservice@mc-atty.com
Tertiary E-mail:
iliana.lichaj@mc-atty.com
Attorneys for Defendant, Bay Colony
Protective Association Inc.

## SERVICE LIST

| **Michael Laurence Feinstein**<br>Michael L. Feinstein<br>200 SE 18th Court<br>Fort Lauderdale, FL 33316<br>954-767-9662<br>Fax: 954-764-4502<br>Email: michael@feinsteinlaw.net<br>*Attorneys for Plaintiffs* | **Keith Thomas Grumer**<br>KATZ BARRON<br>100 N.E. Third Avenue<br>Suite 280<br>Fort Lauderdale, FL 33301<br>9545223636<br>Fax: 954-331-2505<br>Email: ktg@katzbarron.com<br>*Attorneys for Defendant, Ira A. Solomon* |
|---|---|
| **Wayne Howard Schwartz**<br>Lee & Amtzis | **Melissa H Powers**<br>Maher Law Firm, P.A. |

| | |
|---|---|
| 5550 Glades Road<br>Suite 401<br>Boca Raton, FL 33431<br>561-981-9988<br>Fax: 561-981-9980<br>Email: schwartz@leeamlaw.com<br>*Attorneys for Defendant, Helene Solomon* | 631 West Morse Blvd.<br>Suite 200<br>Winter Park, FL 32789<br>(407) 839-0866<br>Fax: (407) 425-7958<br>Email: melissa@legalhelpforkids.com<br>*Attorneys for Defendants, Carol Dudley, Balistreri Realty, Inc.* |
| **Edwin Everett Mortell , III**<br>Peterson Bernard<br>416 Flamingo Avenue<br>Stuart, FL 34996<br>772-286-9881<br>Fax: 772-220-1784<br>Email: edwinmortell@stuart-law.net<br>*Attorneys for Defendants, Jil Shapiro, EMM Enterprises d/b/a Realty World South Florida* | **Robert Ian Rubin**<br>Becker & Poliakoff, P.A.<br>625 N. Flagler Street<br>7th Floor<br>West Palm Beach, FL 33401<br>561-655-5444<br>Fax: 655-832-8987<br>Email: rrubin@bplegal.com<br>*Attorneys for Defendant, Bay Colony Association, Inc.* |
| **Ted P. Galatis , Jr.**<br>Ted P. Galatis, Jr., P.A.<br>1501 NE 4th Avenue<br>Fort Lauderdale, FL 33304<br>954-522-6700<br>Fax: 765-1325<br>Email: tgalatis@galatislaw.com<br>*Attorneys for Defendant, Vordermeier Management Company* | |